IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00557-RM-MEH

SARA PERONA,

    Plaintiff,

v.

CITY OF LAMAR, COLORADO,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2014.**

    The Stipulated Motion for Protective order [filed May 30, 2014; docket #14] is **granted**. The parties' proposed order is accepted and filed contemporaneously with this minute order.