IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-00557-RM-MEH

SARA PERONA,

    Plaintiff,

v.

CITY OF LAMAR, COLORADO,

    Defendant.

**ORDER GRANTING JOINT MOTION FOR DISMISSAL
WITH PREJUDICE (ECF NO. 19)**

THIS COURT, having reviewed the Joint Motion for Dismissal with Prejudice of Plaintiff's Complaint and Jury Demand under Federal Rule of Civil Procedure 41(a)(2), and the Court being fully briefed, hereby GRANTS the Motion and ORDERS that all claims brought or that could have been brought by Plaintiff against the Defendant are DISMISSED WITH PREJUDICE. Each party will bear his or its own fees and costs.

DATED this 28th day of August, 2014.

                                                  BY THE COURT:

                                                  _____
                                                  RAYMOND P. MOORE
                                                  United States District Judge